**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE AVINA,<br><br>            Petitioner,<br><br>    v.<br><br>DARREL G. ADAMS,<br><br>            Respondent. | 1:10-cv-00790-OWW-MJS (HC)<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR FURTHER CONSIDERATION IN LIGHT OF INTERVENING PERSUASIVE AUTHORITY** |

On July 22, 2011, the Magistrate Judge issued Findings and Recommendations regarding Respondent's Motion to Dismiss. (Doc. 26). The matter is referred back to the Magistrate Judge for consideration of *Villegas v. Hartley*, 2011 U.S. Dist. LEXIS 102494 (E.D. Cal. 2011); *Bailey v. Swarthout*, 2011 U.S. Dist. LEXIS 102538 (E.D. Cal. 2011); *Morris v. Haviland*, 2011 U.S. Dist. LEXIS 98481 (E.D. Cal. 2011); *Jackson v. Swarthout*, 2011 U.S. Dist. LEXIS 97713 (E.D. Cal. 2011); and any other intervening authority relevant to the issue presented.

IT IS SO ORDERED.

Dated:   September 30, 2011              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

**1**